UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. '21 MJ4879 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| | Title 18, USC 3144 Material Witness |
| Ivan ILCHUK, | |
| Dalerjon RAJABOV, | |
| Akhror SAIDOV, | |
| Defendants. | |

The undersigned complainant being, duly sworn, states:

On or about December 12, 2021, within the Southern District of California, material witness Ivan ILCHUK, Dalerjon RAJABOV, and Akhror SAIDOV were apprehended with Mark KASIANCHUK, who was charged elsewhere with violation of Title 18 United States Code, Section 111(a)(1) – Assault on a Federal Officer.

The above named material witnesses are citizens of Ukrain and Tajikistan with no legal right to enter or remain in the United States. The complainant further alleges that Ivan ILCHUK, Dalerjon RAJABOV, and Akhror SAIDOV presence is required as material witnesses in order to prosecute the case against Mark KASIANCHUK.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

Special Agent David Steiman
Homeland Security Investigations

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON December 13, 2021.

HON. BARBARA L. MAJOR
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Ivan ILCHUK, Dalerjon RAJABOV, Akhror SAIDOV

## PROBABLE CAUSE STATEMENT

The complainant states that Ivan ILCHUK, Dalerjon RAJABOV, and Akhror SAIDOV, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 12, 2021, at approximately 12:45 am, Mark KASIANCHUK, a Ukraine citizen, entered the United States at the San Ysidro, California, Port of Entry vehicle primary lanes. Also in the vehicle was Ivan ILCHUK, a Ukraine citizen, Dalerjon RAJABOV, a Tajikistan citizen, Akhror SAIDOV, a Tajikistan citizen, Makhbuba KAKHOROVA, a Tajikistan citizen, and M.S. (a juvenile), a Tajikistan citizen.

While assigned to pre-primary inspection lanes, U.S. Customs and Border Protection (CBP) Officer witnessed KASIANCHUK approach the entrance to the pre-primary inspection area and attempted to enter the United States from Mexico.

The CBP Officer saw KASIANCHUK show a blue card through the window of the vehicle that he was driving. KASIANCHUK then quickly pulled the card out of view. The CBP Officer motioned for KASIANCHUK to show the card again. KASIANCHUK did not comply.
The CBP Officer approached the vehicle to make verbal contact with KASIANCHUK. KASIANCHUK accelerated the vehicle forward. The driver's side mirror of the vehicle struck the CBP Officer in the left hand. The CBP Officer sustained injuries to his left hand and wrist.

KASIANCHUK was arrested and charged with violation(s) of Title 18 USC 111(a)(1), Assault on a Federal Officer.